**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Alan G. WEIGLE, Petitioner.**

Supreme Court of Pennsylvania.

March 2, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2011, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is vacated, in part. Petitioner's direct appeal rights from the trial court's denial of PCRA relief are reinstated *nunc pro tunc,* and the matter is remanded to the Superior Court for disposition on the merits. The Application for Appointment of Counsel is **GRANTED.** The Superior Court shall remand this matter to the trial court for the appointment of counsel, retaining jurisdiction of the matter while that appointment is effectuated.

Jurisdiction relinquished.